■ In the Matter of DANIEL T. HILL, Respondent, v VICKI L. TROJNOR, Appellant. (Appeal No. 2.) [27 NYS3d 408]—Appeal from an order of the Family Court, Cayuga County (Mark H. Fandrich, A.J.), entered November 18, 2014 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted sole legal and physical custody of the parties' children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Hill v Trojnor* ([appeal No. 1] 137 AD3d 1671 [2016]). Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.

■ LISA BLANCHFIELD, Respondent, v CLINTON COMMONS VENTURES, LLC, Appellant. (Appeal No. 1.) [27 NYS3d 409]—Appeal from an order of the Supreme Court, Oneida County (Erin P. Gall, J.), entered November 20, 2014. The order denied the motion of defendant for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.